UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WALTER POWERS, JR., et al.**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5993** |
| **NEW ORLEANS CITY, et al.**<br>    **Defendants** | **SECTION "E"** |

### ORDER

Before the Court are a motion to dismiss and a motion to expedite filed by the United States.[1]  Attached to the motion to dismiss are "matters outside the pleadings" that have not been "excluded by the court."  Fed. R. Civ. P. 12(d).  Accordingly, "the motion must be treated as one for summary judgment under Rule 56."  *Id*.  In light of the approaching deadline for filing motions for summary judgment, and in order to promote efficient resolution of this matter, the Court declines to order supplemental briefing on the motion to dismiss under Rule 12(d).  Instead, the United States may, if it chooses, reargue its points in a properly filed motion for summary judgment, due under the scheduling order by **January 3, 2014**, at **5:00 p.m.**  As such, the motion to dismiss is **DENIED** and the motion to expedite is **DISMISSED AS MOOT**.

IT IS SO ORDERED.

New Orleans, Louisiana, this 10th day of December, 2013.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

---

[1] R. Docs. Nos. 81, 82.  Plaintiffs oppose the motion to expedite.  R. Doc. No. 83.